IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03031 RPM

JULIO HERNANDEZ MENDOZA by and through his conservator and guardian
ASCUNSION HERNANDEZ DAVILA,

    Plaintiff,

v.

SONRISE PILOT, LLC;
DAVID T. HAINAULT;
INNOVATIVE SPACE SOLUTIONS;
VANPAC, INC.
JOHN DOES I through III; and an
UNKNOWN PILOT ESCORT OPERATOR COMPANY,
Defendants.

_____

## ORDER
_____

Upon review of Plaintiff's Motion to File Second Amended Complaint [4], it is

ORDERED that the Motion is granted and the Second Amended Complaint attached thereto is accepted for filing.

Dated this 15th day of January, 2010.

                BY THE COURT

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge