IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-03031-RPM

JULIO HERNANDEZ MENDOZA by and through his conservator and guardian
ASCUNSION HERNANDEZ DAVILA,

    Plaintiff,
v.

SONRISE PILOT, LLC;
DAVID T. HAINAULT;
INNOVATIVE SPACE SOLUTIONS;
PAC-VAN, INC.;
JOHN DOES 1 THROUGH 111; and an
UNKNOWN PILOT ESCORT OPERATOR COMPANY,

    Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER TO GRAND JUNCTION
MAGISTRATE JUDGE
_____

On March 9, 2010, the plaintiff filed a motion seeking to transfer pretrial matters to the Magistrate Judge in Grant Junction, Colorado, for geographical convenience. The defendant Pac-Van, Inc., filed a response in opposition on March 30, 2010. It is not the practice of this Court to refer matters of this type to a magistrate judge and to personally handle all aspects of the litigation. Accordingly, it is

    ORDERED that the plaintiff's motion is denied.

    DATED: April 2nd, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge