IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-03031-RPM

JULIO HERNANDEZ MENDOZA by and through his conservator and guardian
ASCUNSION HERNANDEZ DAVILA,

    Plaintiff,

v.

SONRISE PILOT, LLC;
DAVID T. HAINAULT;
PAC-VAN, INC.;
JOHN DOES 1 THROUGH 111; and an
UNKNOWN PILOT ESCORT OPERATOR COMPANY,

    Defendants.

_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **June 18, 2010, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on June 10, 2010.**

The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

DATED:   April 21st, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge