IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-03031-RPM

JULIO HERNANDEZ MENDOZA by and through his conservator and guardian
ASCUNSION HERNANDEZ DAVILA,

    Plaintiff,

v.

SONRISE PILOT, LLC;
DAVID T. HAINAULT;
PAC-VAN, INC.;
JOHN DOES 1 THROUGH 111; and an
UNKNOWN PILOT ESCORT OPERATOR COMPANY,

    Defendants.

_____

## ORDER FOR DISMISSAL OF PAC-VAN, INC., AND INNOVATIVE SPACE SOLUTIONS

_____

Pursuant to the Stipulation for Dismissal of Pac-Van, Inc., and Innovative Space Solutions with Prejudice [31], it is

ORDERED that all claims filed or which could have been filed by plaintiff against defendants Pac-Van, Inc., and Innovative Space Solutions, in this case, are dismissed with prejudice, each party to pay their own attorney fees and costs.

DATED:   June 10th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge