IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09cv03031 RPM

JULIO HERNANDEZ MENDOZA by and through his conservator and guardian ASCUNSION HERNANDEZ DAVILA,

    Plaintiff,

vs.

SONRISE PILOT, LLC; DAVID T. HAINAULT; JOHN DOES I through III; and an UNKNOWN PILOT ESCORT OPERATOR COMPANY,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE

This Matter having come before the Court on the Parties' Stipulated Motion to Consolidate, and the Court having reviewed the its file, hereby

ORDERS that the Stipulated Motion to Consolidate is GRANTED. Civil Action No. 10-cv-00010-PAB-MJW is consolidated into the above-captioned case for discovery only. In addition, the joint settlement conference scheduled with Magistrate Judge Watanabe in Civil Action No. 10-cv-00010-PAB-MJW on August 16, 2010 is vacated.

DATED this 8th day of July, 2010.

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch, Senior District Judge