IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JULIO HERNANDEZ MENDOZA, et al. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>SONRISE PILOT, LLC, et al. )<br>)<br>Defendants. )<br>)<br>)<br>MARITZA RAMOS AREVALO, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>SONRISE PILOT, LLC, et al. )<br>)<br>Defendants. ) | Civil Action No. 09cv03031 RPM<br>(consolidated with 10-cv-00010-PAB-MJW<br>for discovery purposes) |

**ORDER GRANTING JOINT MOTION TO CLARIFY DISCOVERY AND EXPERT WITNESS DISCLOSURE DEADLINES**

Upon review of the Parties' Joint Motion to Clarify Discovery and Expert Witness Disclosure Deadlines [38] filed on September 9, 2010, it is

ORDERED that the Joint Motion to Clarify is GRANTED. The discovery and expert disclosure deadlines for the *Mendoza* Lawsuit apply in the *Ramos* Lawsuit.

DATED this 10th day of September, 2010.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge