IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 09-cv-03031-RPM**
(consolidated with 10-cv-00010-PAB-MJW for discovery purposes)

JULIO HERNANDEZ MENDOZA by and through his conservator and guardian
ASCUNSION HERNANDEZ DAVILA,

      Plaintiff,
v.

SONRISE PILOT, LLC;
DAVID T. HAINAULT;
JOHN DOES 1 THROUGH 111; and an
UNKNOWN PILOT ESCORT OPERATOR COMPANY,

      Defendants.
and

**Civil Action No. 10-cv-00010-PAB-MJW**

MARITZA RAMOS AREVALO, as court-appointed
conservator on behalf of minor children
A.N.M.R., and
C.A.M.R.,

      Plaintiff,
v.

SONRISE PILOT, LLC, a Colorado limited liability company,
DAVID HAINAULT,
JOHN DOES, and
AN UNKNOWN PILOT ESCORT OPERATOR COMPANY,

      Defendants.

_____

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

Upon consideration of the motion to amend scheduling order [40], filed on October 21, 2010, it is

ORDERED that the motion is granted as follows:

    a.    Non-expert discovery cut-off:                   December 15, 2010
    b.    Defendants' expert witness disclosure due:       December 15, 2010
    c.    Plaintiff's rebuttal expert disclosures due:        January 15, 2011

    d.       Dispositive motion deadline:                          January 30, 2011
    e.       Expert discovery completed by:                    February 18, 2011.

Parties are entitled to 10 (ten) depositions per case, for a total of 20 (twenty) depositions in the combined two consolidated case.

DATED: October 28th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge