IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 09-cv-03031-RPM**
(consolidated with 10-cv-00010-PAB-MJW for discovery purposes)

JULIO HERNANDEZ MENDOZA by and through his conservator and guardian
ASCUNSION HERNANDEZ DAVILA,

    Plaintiff,
v.

SONRISE PILOT, LLC;
DAVID T. HAINAULT;
JOHN DOES 1 THROUGH 111; and an
UNKNOWN PILOT ESCORT OPERATOR COMPANY,

    Defendants.
and

**Civil Action No. 10-cv-00010-PAB-MJW**

MARITZA RAMOS AREVALO, as court-appointed
conservator on behalf of minor children
A.N.M.R., and
C.A.M.R.,

    Plaintiff,
v.

SONRISE PILOT, LLC, a Colorado limited liability company,
DAVID HAINAULT,
JOHN DOES, and
AN UNKNOWN PILOT ESCORT OPERATOR COMPANY,

    Defendants.

_____

ORDER FOR STATUS REPORT
_____

    It appearing from copies of e-mail exchanges between counsel, submitted in connection with the defendant's Motion to Compel Attendance at Independent Examinations, that Julio Hernandez Mendoza may be in custody with an immigration hold, making him unavailable for the defendant's requested independent examinations, it is

    ORDERED that plaintiffs' counsel shall file a status report concerning Mr. Mendoza's

availability for the requested independent medical and vocation examinations on or before November 21, 2010.

DATED: November 15th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge