IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JULIO HERNANDEZ MENDOZA, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SONRISE PILOT, LLC, et al. )<br>)<br>Defendants. )<br>)<br>)<br>MARITZA RAMOS AREVALO, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SONRISE PILOT, LLC, et al. )<br>)<br>Defendants. ) | Civil Action No. 09cv03031 RPM-MEH<br>(consolidated with 10-cv-00010-RPM) |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO JULIO HERNANDEZ MENDOZA**

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice as to Julio Hernandez Mendoza and being advised in the premises,

HEREBY ORDERS that Plaintiff Julio Hernandez Mendoza's claims against Defendants Sonrise Pilot, LLC and David T. Hainault are dismissed with prejudice, with each party to pay their own costs and attorneys fees.

DONE THIS 26th day of July, 2011.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge